**Exhibit 1**

LAW OFFICES OF
# SCHMIDT, ISGRIGG, ANDERSON & MILLER, PLLC

ROBERT G. ISGRIGG, JR.
RUSSELL C. ANDERSON
PAUL S. MILLER

September 12, 2017

Byron Smith, Claim Representative
Chubb Group of Insurance Companies
P.O. Box 42065
Phoenix, Arizona 85080

<u>VIA CERTIFIED MAIL</u>
<u>RETURN RECEIPT REQUESTED</u>
<u>AND FIRST CLASS MAIL</u>

Re:   Claim #: 040515008195
      Insured: Versatube Corporation
               4755 Rochester Rd., Troy, Michigan 48085
      Our File: Versatube Corp

Dear Mr. Smith:

Versatube Corporation is formally submitting its first Supplemental Claim under Claim # 040515008195. This supplemental claim is with respect to the large structural beam that was structurally damaged during the covered event, but ultimately not replaced.

In the February 2015 Fire at the Versatube manufacturing facility, a 20' section of beam that supports two separate sections of roof joists was structurally damaged, such that the beam sagged under its own weight and deformed.

The initial report prepared by Sheppard Structural Consulting ("Sheppard") on February 13, 2015, which was produced to the Troy Building Department Inspector, indicated that the beam should be removed and replaced. See **February 13th Report** attached as **Exhibit 1**. The February 13th Report does not indicate the amount of deflection present in the beam at that time. Also notable in the February 13th Report is Sheppard's finding that there was no structural damage to the joists.

Despite the initial report by Sheppard recommending the beam be removed and replaced, an alternative plan was subsequently formulated and implemented. See **April 15th Report** attached as **Exhibit 2**. In the April 15th Report, Sheppard now indicated that all existing steel, including the structurally damaged and deflected beam would remain in place. The revised Sheppard plan assumed the existence of a concrete trench footing below the poured concrete floor, which was never confirmed prior to the repair columns being installed. Furthermore, the revised Sheppard plan failed to cure the deflection in the beam itself, and thus the deflection in the roof above. The anchor bolts specified by the revised Sheppard plan did not comply with Michigan Building Code requirements under Section 2308.6. Finally, the revised Sheppard plan failed to specify the structural welding connections, including welder certifications, material certifications, Welding Process Certification or supportive Procedure Qualification Record, fillet size, etc.

Byron Smith, Claim Representative
September 12, 2017
Page 2

Pursuant to the reports of James Partridge, PE, and Stephen M. Rudner, PE, it has been determined that the implementation of the April 15th Revised Sheppard plan was not in accordance with applicable code as it has resulted in an structure that was less conforming after the repair work was conducted than the building was prior to repair (Michigan Rehabilitation Code for Existing Buildings (MRHC), 2009, Section 502.2). Further, the adoption of the revised Sheppard plan has resulted in an ongoing dangerous condition of the premises and has resulted in ongoing damage to the facility. See **Partridge Report** attached as **Exhibit 3**, referencing the **Rudner Report**, attached as **Exhibit C** to the Partridge Report.

More specifically, it has been determined that the fire-damaged cross beam has now deflected downwards 3.5" over its 20' span. Furthermore, as a result of this downward deflection in the crossbeam, the northern steel channel roof joists supported by the beam have also deflected downwards and in the process are now bowed and twisted. Additionally, an inspection of the eastern block wall has revealed that the steel structure of the high bay area has moved southward approximately ½".

According to MRHC 2009, Section 506.1, "[r]egardless of the extent of structural or nonstructural damage, dangerous condition shall be eliminated. Regardless of hte scope of repair, new structural members and connections used for repair or rehabilitation shall comply with the detailing provisions of the International Building Code for new buildings or similar structure, purpose, and location."

Thus, Versatube Corporation disagrees with the implementation of the revised Sheppard plan, and believes that the initial Sheppard recommendation to remove and replace the damaged beam should and must be implemented pursuant to the Michigan Rehabilitation Core for Existing Buildings.

Please contact me to further discuss these matters in detail.

Very truly yours,

SCHMIDT, ISGRIGG, ANDERSON & MILLER

Paul S. Miller

PSM/js

Enclosure

cc:   Gene Goodman
      Jennifer Lemaire

WCS20170915_0709 0104 002  13:22

# SHEPPARD STRUCTURAL CONSULTING, P.C.

**Isaac Sheppard, Jr., Ph.D., P.E.**

1049 John R Road
Rochester Hills, MI 48307-3231
Phone: (248) 608-3445
Fax: (248) 608-3449

February 13, 2015

Mr. Jack Williams
Building Inspector/Plans Examiner
City of Troy
500 W. Big Beaver Rd.
Troy, MI 48084

Re:   Versatube, 4755 Rochester Rd., Troy, MI
      SSC Job No. 15-017

Dear Mr. Williams:

I inspected the fire damage to the roof framing and decking at the north side of this building, approximately 100 feet west or rearward from the back side of the office area, with you, Steve Sabo, John Rybski, Dave McBride and others on Tuesday, February 10, 2015. The overall building consists of a variety of different constructions where additions were added over a period of many years.

The main fire was at the huge electrical panels on the north wall of a high bay area which had 40-foot steel lattice-type, open-web joists with structural T's at the top and bottom chords and criss-crossed round diagonal webs on both sides, such that the entire joist had webs in compression and tension throughout the length of the steel joist. These steel joists were spaced 4 feet o.c. There did not appear to be any structural damaged to these rather odd, lattice-type joists, though about 13'x40' of 2x6 T&G wood decking needs to be replaced over this high bay area.

The 2-story area north of the electrical panels had a mixture of 8" channels and W8x10 steel joists, all spaced approximately 4-feet o.c. These channels and beams had not been structurally damaged by the fire, but an area of about 13'x40' of T&G wood decking needs to be replaced over this area, very similar to the area over the adjacent high bay. The two roof skylights over this area may also need to be replaced or eliminated in any reconstruction effort.



EXHIBIT

1

Mr. Jack Williams, Building Inspector/Plans Examiner
City of Troy
Re:    Versatube, 4755 Rochester Rd., Troy, MI
February 13, 2015
Page 2

There is a steel beam along the north wall of the high bay which supports the W8x10 and 8" channels at the roof of the 2-story addition.  A 20-foot length of this beam has a buckle in the bottom flange and deflection of the beam itself.  That beam should be removed and replaced but with a larger beam.

Despite the need for a new, larger beam at the joint between the high bay and the 2-story section, there is no immediate safety issue.  When the beam is replaced, I recommend that it be placed at a slightly higher level so the new roof decking from the 2-story portion will match up with the roof decking in the high bay portion and provide a small amount of pitch toward the north to provide better water run-off from this area.

Sincerely,

Isaac Sheppard, Jr., Ph.D., S.E.
Professional Engineer

Cc:    Steve Sabo, Belfor

WCS20170915 _0709 0104 004    13:22



Google earth

feet ————————————— 300
meters ————————————— 100

| **SHEPPARD STRUCTURAL CONSULTING, P.C.**<br>1049 John R Rd., Rochester Hills, MI 48307-3231<br><br>Phone: 248/608-3445        Fax: 248/608-3449<br><br>Isaac Sheppard, Jr., Ph.D., P.E. | **Google Earth Photo with Fire Damaged Location**<br>Versatube, 4755 Rochester Road, Troy, MI<br>for **Belfor**<br><br>SSC Job No. 15-017<br><br>Date  02/16/15                              Sheet 1 of 2 |
|---|---|

WCS20170915_0709 0104 005  13:22



Lattice Style Steel Joist (4'o.c.)

R&R APPROX 13'x40' OF 2x6 T&G WOOD PLANK ROOF DECK

HIGH BAY

R&R APPROX 13'x40' or 2x6 T&G WOOD PLANK ROOF DECK

CB
CB
W18x10
CB
W8x10
CB
W8x10
CB
CB

AREA 2 OF BEAM

13'   13'   EAST WALL

23' TWO STORY AREA

NORTH

LATTICE STYLE STEEL JOIST
"T" TOP & BOTT CHORD - SERPENTINE ROD BOTH SIDES

ATTACHED TO DEMISING WALL OF OFFICE AREA

| SHEPPARD STRUCTURAL CONSULTING, P.C. | Partial Roof Framing Plan of Fire Damaged Area |
| 1049 John R Rd., Rochester Hills, MI 48307-3231 | Versatube, 4755 Rochester Road, Troy, MI |
| Phone: 248/608-3445    Fax: 248/608-3449 | for Belfor. |
| Isaac Sheppard, Jr., Ph.D., P.E. | SSC Job No. 15-017 |
| Date 02/16/15 | Sheet 2 of 2 |

# *SHEPPARD STRUCTURAL CONSULTING, P.C.*

**Isaac Sheppard, Jr., Ph.D., P.E.**

1049 John R Road
Rochester Hills, MI 48307-3231
Phone: (248) 608-3445
Fax: (248) 608-3449

April 15, 2015

Mr. Josh Yaroch
Belfor Property Restoration
28400 Schoolcraft Rd.
Livonia, MI   48150

Re:   Versatube, 4755 Rochester Road, Troy, MI
       SSC Job No. 15-017

Dear Mr. Yaroch:

I re-inspected the steel framing and separation wall of fire-damaged area between the 23'-5"x40'-0" 2-story addition at the north side of the main building with you, Steve Sabo, and the steel fabricator on Monday, April 6, 2015. I made a third inspection after starting some repair/reinforcement details in order to confirm that those details would actually reflect the existing framing.

I concluded that it would be possible to leave all the existing steel, including the beam which is slightly buckled in place by providing additional columns. I have shown two additional W8x18 columns at approximately 1/3 points of the 20-foot span on the enclosed 8½x11 drawings dated 04/15/15. Four signed and sealed copies of those drawings are enclosed.

Sincerely,

Isaac Sheppard, Jr., Ph.D., S.E.
Professional Engineer

**EXHIBIT**

2



EXIST'G 20" DEEP LATTICE
WEB STEEL JOIST
SUPPT'D ON (2) 3"x10"x2"
LIGHT GAGE ROLL FORMED
SECTIONS. (TO REMAIN)

EXIST'G

EXIST'G
C8 10GA
C8 ROOF
JOISTS.
TO
REMAIN)

EXIST'G DETAIL

C-1
EXIST'G BUILT-UP
LT.GA. 10 C-CHANNEL
COL'N (TO REMAIN)

C-2 W8x18
NEW COL'N

C-2 W8x18
NEW COL'N

C-1
TO REMAIN

20" DEEP LATTICE WEB
STEEL JOIST

C-1
TO REMAIN

20" DEEP LATTICE
STEEL JOIST
4'-0" O.C.

AO-10 (NOT TO SCALE)

NEW
W8x18
COL'N

PROPOSED DETAIL

2x6 T&G WOOD DECK
1/2" PLYWOOD

EXIST'G
(2)=3"x10"x12GA.
CHANNELS
TO REMAIN.

EXIST'G
C8x11.5
BEAM

5/8"x8"x12
CAP PL.

20" STEEL JOIST (EXIST'G)
STEEL SHIMS AS REQ'D
1/2" STEEL PLATE BRACKET
W/ 3/8"x6" PLATES ON FRONT
& DIAGONAL BOTTOM.
PROPOSED W8x18 COLUMN.

DETAIL AT COL'N TOP.

EXIST'G W8x18 TO REMAIN

EXIST'G C8 11.5 TO REMAIN

C8 TO REMAIN
(TYP.)

C8

C8

C8

W8x10

C8x11.5

C8

C8

C8

W8x10

EXIST'G W8x10 TO REMAIN

SKY LIGHTS

EXIST'G W8x10 TO REMAIN

1/3     1/3     1/3

23'-5"

5@4' = 20'-0"          5@4' = 20'-0"

PARTIAL ROOF FRAMING PLAN

1/8" = 1'-0"

| SHEPPARD STRUCTURAL CONSULTING, P.C. | Partial Roof Framing Plan & Column Top Details |
|---|---|
| 1049 John R Rd., Rochester Hills, MI 48307-3231 | Versatube, 4755 Rochester Rd., Troy, MI |
|  | for **Belfor** |
| Phone: 248/608-3445    Fax: 248/608-3449 |  |
|  | SSC Job No. 15-017 |
| Isaac Sheppard, Jr., Ph.D., P.E. |  |
|  | Date 04/15/15                    Sheet 1 of 2 |

WCS20170915 _0709  0104  008   13:22



EXIST'G C8x11.5 STEEL FRAMING TO REMAIN.

PROPOSED W8 STEEL COLUMN

EXISTING 20" STEEL JOISTS TO REMAIN

REMOVE EXIST'G METAL SIDING AND FRAMING ABOVE SECOND FLOOR TO INSTALL NEW COLᴺᴱ REPLACE METAL SIDING OR AN ALTERNATIVE ACCEPTABLE TO OWNER AND BLDG DEPARTMENT AFTER NEW COLUMNS ARE IN PLACE.

PROPOSED ⅝"x6"x2'-0" SPLICE ℞s ON EACH FLANGE OF W8x18 AT EXIST'G FLOOR FRAMING

PROPOSED W8x18 COLᴺ

(2)¾"Φx8 DRILLED IN CONC ANCHORS THRU½"x8"x12"BASE℞ ON ¼"LEVELLING℞ ON ¾" MORTAR ON EXIST'G CONC.

---

| SHEPPARD STRUCTURAL CONSULTING, P.C. | Side Elevation of W8x18 Column |
|---|---|
| 1049 John R Rd., Rochester Hills, MI 48307-3231 | Versatube, 4755 Rochester Rd., Troy, MI for **Belfor** |
| Phone: 248/608-3445     Fax: 248/608-3449 | SSC Job No. 15-017 |
| Isaac Sheppard, Jr., Ph.D., P.E. | |
| | Date 04/15/15                    Sheet 2 of 2 |

# SHEPPARD STRUCTURAL CONSULTING, P.C.

**Isaac Sheppard, Jr., Ph.D., P.E.**

1049 John R Rd.
Rochester Hills, MI 48307-3231
Phone: 248/608-3445    Fax: 248/608-3449

## FAX to 734-261-7765

To: BELFOR                                          Date: 4-14-15

Attn: STEVE S, RANDY C, or JOSH Y.

From: IKE S                                         Re: VERSATUBE - ROCHESTER RD, TROY.

ENCL ARE my 2 p. 8½x11 DWG. WE HAVE NOT HAD

TIME TO MAKE TITLE BLOCKS, BUT WILL MAIL COPIES AS SOON

AS DONNA'S ABLE TO MAKE TITLE BLOCKS.

No. of sheets including this sheet: 3

CONFIDENTIAL: This message and the following pages are intended only for the individual or entity to which it is addressed and may contain information that may be privileged and confidential. If you are not the intended recipient, any distribution or copying of this communication is strictly prohibited. Please notify us immediately at our telephone number, and we will be happy to arrange for the return of this message to us at no cost to you.



EXIST'G 20" DEEP LATTICE
WEB STEEL JOIST
SUPP'D. ON (2) 3×10 ×2"
LIGHT GAGE ROLL FORMED
SECTIONS.
(TO REMAIN)

EXIST'G

EXIST'G
C8 AND
C8 ROOF
JOISTS.
(TO
REMAIN)

EXIST'G DETAIL

NEW
W8×18
COL.

PROPOSED DETAIL

2×6 T&G WOOD DECK
1/2" PLYWOOD

EXIST'G
(2)-3×10×126A.
CHANNELS
TO REMAIN

EXIST'G
C8×11.5
BEAM

8"×8"×1/2
EXP.

DETAIL AT COL. TOP

C-1 BUILT-UP
EXIST'G 10" C-CHANNEL
L16×10" COL'D (TO REMAIN)

C-2 W8×18
NEW COL'D

C-2 W8×18
NEW COL'D

20" DEEP LATTICE WEB
STEEL JOIST
4'-0" O.C.

C-1 TO REMAIN

C-1 TO REMAIN

40'-0" (NOT TO SCALE)

EXIST'G W8×10 TO REMAIN

23.5"

EXIST'G W BM'S TO REMAIN

EXIST'G C BM'S TO REMAIN

C8 TO REMAIN
(TYP.)

C8

C8

C8

C8

W8×10

C8×11.5

C8

C8

C8

SKY LIGHTS

EXIST'G W8×10 TO REMAIN

1/3    1/3    1/3

5@4' = 20'-0"        5@4' = 20'-0"

20" STEEL JOIST (EXIST'G)
STEEL SHIMS AS REQ'D
1/2" STEEL PLATE BRACKET
W/ 3/8"×6 PLATES ON FRONT
& DIAGONAL BOTTOM
PROPOSED W8×18 COLUMN

PARTIAL ROOF FRAMING PLAN

1/8" = 1'-0"



EXIST'G C8x11.5
STEEL FRAMING
TO REMAIN.

PROPOSED W8 STEEL
COLUMN

EXISTING 20" STEEL JOISTS TO
REMAIN

REMOVE EXIST'G METAL SIDING
AND FRAMING ABOVE SECOND
FLOOR TO INSTALL NEW COL'NS
REPLACE METAL SIDING OR AN
ALTERNATIVE ACCEPTABLE TO
OWNER AND BLDG DEPARTMENT
AFTER NEW COLUMNS ARE IN PLACE.

PROPOSED 5/8"x6"x2'-0" SPLICE R's
ON EACH FLANGE OF W8x18
AT EXIST'G FLOOR FRAMING

PROPOSED
W8x18 COL'N

(2)3/4" Ø x8 DRILLED
IN CONC. ANCHORS
THRU 1/2"x8"x12" BASE R
ON 4 LEVELLING R ON
1/4" MORTAR ON EXIST'G
CONC.



PARTIAL ROOF FRAMING PLAN

DETAIL AT COL'N TOP.

PROPOSED W8x18 COLUMN.



EXIST'G W8xxxC8
STEEL FRAMING
TO REMAIN.

8'-0
FIN
TO
T.O.S.

PROPOSED W8 STEEL
COLUMN

EXISTING 20" STEEL JOISTS TO
REMAIN

REMOVE EXIST'G METAL SIDING
AND FRAMING ABOVE SECOND
FLOOR TO INSTALL NEW COLᴺˢ
REPLACE METAL SIDING OR AN
ALTERNATIVE ACCEPTABLE TO
OWNER AND BLDG DEPARTMEᴺᵀ
AFTER NEW COLUMNS ARE IN PLACE.

EXIST'G FLOOR
FRAMING TO
REMAIN

PROPOSED $\frac{5}{8}$"x6"x2'-0" SPLICE Rs
ON EACH FLANGE OF W18x18
AT EXIST'G FLOOR FRAMING

PROPOSED
W8x18 COLᴺ

(2)$\frac{3}{4}$"Ø x8" DRILLED
IN CONC. ANCHORS
THRU $\frac{1}{4}$"Ø"8x12" BASE R
ON $\frac{1}{4}$" LEVELLING R ON
$\frac{1}{4}$" MORTAR ON EXIST'G
CONC.

2" RETURN

5

4"

**jpc** JAMES PARTRIDGE CONSULTI
FORENSIC EN

**A. James Partridge, PE**
925 S. Adams Road
Birmingham, MI 48009-7039
V 248.645.1465
F 248.440.7281
jim@jpconsulting-llc.com
www.jpconsulting-llc.com

## Report via Email

August 11, 2017

Mr. Paul Miller, Esq.
Schmidt, Isgrigg, Anderson & Miller, PLLC
2745 Pontiac Lake Road
Waterford, MI 48328

Subject: Versatube Corp. Sheppard Report, Beam Repairs, and Codes

Paul:

This report supersedes all previous reports. This report will address my opinions on: a) Sheppard Report, b) Applicable Codes, c) Beam Repair, and d) Structural Welding.

I.   Sheppard Report
    A. Sheppard Structural Consulting (SSC) issued 2 reports.
        1.   The 1st report, to City of Troy Building Inspector Jack William, dated 2/13/15 recommends replacement of the damaged roof beam. Refer to Appendix A.
        2.   The 2nd report, to Josh Yaroch of Belfor Property Restoration, dated 4/15/15 provides an alternate approach that does not include the removal of the damaged roof beam. Refer to Appendix B.

The 2/13/15 report does not reference any attachments by JPC received 3 sketches. Sketch 1, sheet 2 of 2 dated to/16/15 is signed by Mr. Sheppard. The 2 other sketches are not dated or referenced to SSC as the preceding sketch was labeled. The sketches show the alternate approach that is included in the 4/15/15 report.

4/15/15 report does not reference any attachments by JPC received 6 sketches labeled SK-3 (JPC) & SK-4 (JPC).
    1.   SK-1 sketch 1 of 2 dated 4/15/15 is identical to one of the undated sketches received with the report dated 2/16/15

Page 1 of 5


EXHIBIT
3

WCS20170915 _0709 0104 015   13



2. SK-2 sketch 2 of 2 dated 4/15/15 is identical to one of the undated sketches received with the report dated to/16/15

3. Sketches 3 and 4 are identical to those received with the 2/16/15 report

4. Sketches 5 and 6 are identical to 3 and 4 except for what appears to be work product.

The 4/15/15 report does not indicate that it supersedes the 2/15/15 report. Our evaluation is based on both reports

3. (2/13/15) Page 1, paragraph 3, 2nd sentence states in part; "*These channels and beams had not been structurally damaged by the fire .....*", however, I would say the twisted and bowed roof channels are in that configuration due to the fire.

4. (4/15/15) Sketches prepared do not accurately reflect the eccentricity of the offset beams. The actual eccentricity measured is more than indicated on the sketches.

5. (2/13/15) Four sketches, SK-3 (JPC) through SK-7 (JPC) are undated.

6. (2/13/15) Page 2, paragraph 1, 2nd and 3rd sentence states: "*The 2-foot length of this beam has a buckle in the bottom flange and deflection of the beam itself. That beam should be removed and replaced with a larger beam.*" I concur.

7. (4/15/15 The sketches issued indicate an alternate approach to beam replacement without stipulating details of the structural welding connections including but not limited to:
   a. welder certification,
   b. material certifications,
   c. Welding Process Certification (WPC) or supportive Procedure Qualification Record (PQR),
   d. structural welding requirements,
   e. fillet size.

8. Column at the Southeast corner at the 2nd floor has moved south approximately 1/2 inch. This is not addressed in the report. There is no evidence the void was patched post-fire. Refer to Appendix A, page 16.

9. (2/13/15), Sketches indicates a trench footing below the concrete. There is no evidence such a footing exists.

10. The anchor bolts if specified to be 3/4" diameter x 8" long. This length is insufficient to comply with the Michigan Building Code (MBC) 2009, Section 2308.6, which stipulates an embedment "..... *of at least 7 inches.....*" Therefore, the concrete anchor must be more than 11 1/2 inches long. Refer to Appendix C.

Page 2 of 5

WCS20170915_0709 0104 016    13:22



B. There is no evidence a geotechnical investigation was undertaken to determine soil strength, position, and adequacy of the load-bearing soils, compressibility, etc. as stipulated in the MBC, Sections 1801 and 1803.

C. The Sheppard report does not comply with the Michigan Rehabilitation Code for Existing Buildings, (MRHC) 2009; section 502.2 states: *"Performance. The work shall not make the building less conforming than it was before the repair was undertaken."*

D. Refer to Robert Darvas Assocs. (RDA) report authored by Steve Rudner, PE. (Appendix C).

E. The structural integrity of the column welds, the lack of specificity on the Sheppard sketches with respect to the welder certification, welding process, etc., whether or not a trench footing exists, and the soil pressure beneath the footing, if it exists are, in my opinion, sufficient unknowns to render the installation unsafe.

II.   Repair

A. The A&Z proposal dated April 17, 2015 more likely than not, is subcontractor of record for implementing the beam repair. Refer to Appendix D. As noted above in item A5, the SSC report does not delineate materials, welding-rods, fillet-sizes, etc. and there is no evidence that A&Z requested such information. Additionally, minimum welder certification requirements were not part of the alternate repair method proposed by SSC.

B. In my opinion implemented repairs not comply with the following excerpt from the MRHC 2009, Section 506.1:

> *"..... Regardless of the extent of structural or nonstructural damage, **dangerous** condition shall be eliminated. Regardless of the scope of **repair**, new structural members and connections used for repair or rehabilitation shall comply with the detailing provisions of the **International Building Code** for new buildings of similar structure, purpose and location"*

The implemented repair does not eliminate a dangerous condition; the SSC report does not comply with code with respect to specificity of structural welding, foundation will length, no evidence of a geotechnical investigation, and no evidence that a footing exists.

III.   Beam Repair

A. The implemented beam repair has numerous deficiencies:

1. Welds are poor in selected locations, more likely than not, due to a difficult well-positioned, and poor clearance for the electrode.

Page 3 of 5



2.  Column base plates do not sit on a bed of mortar is detailed in the SSC report.
3.  Visible gap below the column base plates.
4.  Saw cuts on the side of the tubular beam at the new column locations.
5.  Name, firm, and welder qualifications are unknown.
6.  Material certifications are not known.
7.  Many fillet welds are irregular, erratic, inconsistent, and/or incomplete.
8.  Weld splatter and arc strikes are readily apparent.

B.  Refer to Acuren Inspections report, authored by Rick Bradin (Appendix E)

C.  The welder qualifications are unknown, the column welds are poor, the material used is unknown, etc.  Consequently the installation should be considered dangerous.  The reconstruction of the area should be in complete compliance with the RDA Report recommendations.  Refer to Appendix C.

IV.  Codes
A.  The following codes apply to the repairs:
1.  Michigan Rehabilitation Code for Existing Buildings, 2009, Chapter 5. (Appendix F)
2.  Michigan Building Code, 2009, Sections 1801.1, 1801.2, and 1803.1 through 1803.6.  (Appendix G)
3.  Michigan Building Code, 2009, Section 2308.6.  (Appendix H)

V.  Conclusion
Based on investigations/assessments by Robert Darvas and Associates, Acuren Inspections, James Partridge Consulting, LLC,  and code requirements there is little doubt the repair is dangerous and the roof beam and ancillary items must be replaced/repaired to pre-loss conditions in complete compliance with the RDA report, Appendix C.

Information contained in this report is based on information available at the time that this report was prepared.  James Partridge Consulting, LLC reserves the right to amend and/or modify this report if new and/or significant data becomes available that impacts the situation parameters of this investigation.

Our services were performed using the degree of skill normally exercised by practicing investigation individuals in this area and similar locales.  No other warranty is either expressed or implied.

Page **4** of **5**



If you have any questions about the conclusions contained in this report, feel free to call.

Cordially,

James Partridge Consulting, LLC

A. James Partridge, PE

Attachments: Appendices A through H

AJP/cb

WCS20170915_0709  0104  019   13:22

# SHEPPARD STRUCTURAL CONSULTING, P.C.

Isaac Sheppard, Jr., Ph.D., P.E.

1049 John R Road
Rochester Hills, MI 48307-3231
Phone: (248) 608-3445
Fax: (248) 608-3449

February 13, 2015

Mr. Jack Williams
Building Inspector/Plans Examiner
City of Troy
500 W. Big Beaver Rd.
Troy, MI 48084

Re: Versatube, 4755 Rochester Rd., Troy, MI
SSC Job No. 15-017

Dear Mr. Williams:

I inspected the fire damage to the roof framing and decking at the north side of this building approximately 100 feet west or rearward from the back side of the office area, with you, Steve Sabo, John Rybski, Dave McBride and others on Tuesday, February 10, 2015. The overall building consists of a variety of different constructions where additions were added over a period of many years.

The main fire was at the huge electrical panels on the north wall of a high bay area which had 40-foot steel lattice-type, open-web joists with structural T's at the top and bottom chords and criss-crossed round diagonal webs on both sides, such that the entire joist had webs in compression and tension throughout the length of the steel joist. These steel joists were spaced 4 feet o.c. There did not appear to be any structural damage to these rather odd, lattice-type joists, though about 13'x40' of 2x6 T&G wood decking needs to be replaced over this high bay area.

The 2-story area north of the electrical panels had a mixture of 8" channels and W8x10 steel joists, all spaced approximately 4-feet o.c. These channels and beams had not been structurally damaged by the fire, but an area of about 13'x40' of T&G wood decking needs to be replaced over this area, very similar to the area over the adjacent high bay. The two roof skylights over this area may also need to be replaced or eliminated in any reconstruction effort.

APPENDIX A   1/5

WCS20170915_0709 0104 020 13:22

Mr. Jack Williams, Building Inspector/Plans Examiner
City of Troy
Re:   Versatube, 4755 Rochester Rd., Troy, MI
February 13, 2015
Page 2

There is a steel beam along the north wall of the high bay which supports the W8x10 and 8" channels at the roof of the 2-story addition.  A 20-foot length of this beam has a buckle in the bottom flange and deflection of the beam itself.  That beam should be removed and replaced but with a larger beam.

Despite the need for a new, larger beam at the joint between the high bay and the 2-story section, there is no immediate safety issue.  When the beam is replaced, I recommend that it be placed at a slightly higher level so the new roof decking from the 2-story portion will match up with the roof decking in the high bay portion and provide a small amount of pitch toward the north to provide better water run-off from this area.

Sincerely,

Isaac Sheppard, Jr., Ph.D., S.E.
Professional Engineer

Cc:   Steve Sabo, Beifor

APPENDIX A   2/5



LATTICE STYLE STEEL JOIST (5' o.c.)

HIGH BAY

R & R APPROX
13' x 40' OF
2 x 6 T & G
WOOD PLANK
ROOF DECK

T & R APPROX
13' x 40' OF
2 x 6 T & G
WOOD PLANK
ROOF DECK

CB
CB
WB x 10
CB
WB x 10
CB
WB x 10
CB
CB

13'          13'          EAST WALL
23' TWO STORY AREA

LATTICE STYLE STEEL JOIST
"T" TOP AND BOTT CHORD + SERPENTINE ROD BOTH SIDES

NORTH

**SHEPPARD STRUCTURAL CONSULTING, P.C.**
1049 John R Rd., Rochester Hills, MI 48307-3231

Phone: 248/608-3445          Fax: 248/608-3449

Isaac Sheppard, Jr., Ph.D., P.E.

**Partial Roof Framing Plan of Fire Damaged Area**
Versatube, 4755 Rochester Road, Troy, MI
for **Belfor**

SSC Job No. 15-017

Date 02/16/15                                    Sheet 2 of 2

APPENDIX A   3/5

## *SHEPPARD STRUCTURAL CONSULTING, P.C.*

**Isaac Sheppard, Jr., Ph.D., P.E.**

1049 John R Road
Rochester Hills, MI 48307-3231
Phone: (248) 608-3445
Fax: (248) 608-3449

April 15, 2015

Mr. Josh Yaroch
Belfor Property Restoration
28400 Schoolcraft Rd.
Livonia, MI 48150

Re:   Versatube, 4755 Rochester Road, Troy, MI
SSC Job No. 15-017

Dear Mr. Yaroch:

I re-inspected the steel framing and separation wall of fire-damaged area between the 23'-5"x40'-0" 2-story addition at the north side of the main building with you, Steve Sabo, and the steel fabricator on Monday, April 6, 2015. I made a third inspection after starting some repair/reinforcement details in order to confirm that those details would actually reflect the existing framing.

I concluded that it would be possible to leave all the existing steel, including the beam which is slightly buckled in place by providing additional columns. I have shown two additional W8x18 columns at approximately 1/3 points of the 20-foot span on the enclosed 8½x11 drawings dated 04/15/15. Four signed and sealed copies of those drawings are enclosed.

Sincerely,

Isaac Sheppard, Jr., Ph.D., S.E.
Professional Engineer

APPENDIX B   1/7

WCS20170915 _0709 0104 023   13:22



PARTIAL ROOF FRAMING PLAN

DETAIL AT COL" TOP.

| SHEPPARD STRUCTURAL CONSULTING, P.C.<br>1049 John R Rd., Rochester Hills, MI 48307-3231 | Partial Roof Framing Plan & Column Top Details<br>Versatube, 4755 Rochester Rd., Troy, MI<br>for Belfor |
|---|---|
| Phone: 248/608-3445   Fax: 248/608-3449 | SSC Job No. 15-017 |
| Isaac Sheppard, Jr., Ph.D., P.E. | |
| | Date 04/15/15                    Sheet 1 of 2 |

SK-1 (JPC)
APPENDIX B    2/7



EXIST'S CB.1115
STEEL FRAMING
TO REMAIN.

PROPOSED W8 STEEL
COLUMN

EXISTING 20" STEEL JOISTS TO
REMAIN.

REMOVE EXIST'S METAL SIDING
AND FRAMING ABOVE SECOND
FLOOR TO INSTALL NEW COL.
REPLACE METAL SIDING OR AN
ALTERNATIVE ACCEPTABLE TO
OWNER AND BLDG DEPARTMENT
AFTER NEW COLUMNS ARE IN PLACE.

PROPOSED ⅝"×6" × 2'-0" SPLICE Rs
ON EACH FLANGE OF W8×8
AT EXIST'S FLOOR FRAMING

PROPOSED
W8×18 COL"

(2)¾"∅×8 DRILLED
IN CONC. ANCHORS
THRU ½"×8"×12" BASE R
ON ¼" LEVELLING R ON
¾" MORTAR ON EXIST'S
CONC.

| SHEPPARD STRUCTURAL CONSULTING, P.C. | Side Elevation of W8x18 Column |
| 1049 John R Rd., Rochester Hills, MI 48307-3231 | Versatube, 4755 Rochester Rd., Troy, MI |
| | for Belfor |
| Phone: 248/608-3445   Fax: 248/608-3449 | SSC Job No. 15-017 |
| Isaac Sheppard, Jr., Ph.D., P.E. | Date 04/15/15   Sheet 2 of 2 |

SK-2 (JPC)

APPENDIX B  37



PARTIAL ROOF FRAMING PLAN
1/8" = 1'0"

SK-3 (JPC)

APPENDIX B 47

WCS20170915_0709 0104 026 13:22



SK-4 (JPC)

APPENDIX B 5/7

PARTIAL ROOF FRAMING PLAN.

DETAIL AT COL'N TOP.

APPENDIX B  6/7

SK-5 (UPC)

EXIST'S WB AND CB
STEEL FRAMING
TO REMAIN.

EXISTING 20" STEEL JOISTS TO
REMAIN

8'0"
FLR
TO
T.O.S.

PROPOSED W8 STEEL
COLUMN

REMOVE EXIST'S METAL SIDING
AND FRAMING ABOVE SECOND
FLOOR TO INSTALL NEW COL'S
REPLACE METAL SIDING OR AN
ALTERNATIVE ACCEPTABLE TO
OWNER AND BLDG DEPARTMENT
AFTER NEW COLUMNS ARE IN PLACE.

EXIST'S FLOOR
FRAMING TO
REMAIN

PROPOSED 5/8"x6"x 2'-0" SPLICE Rs
ON EACH FLANGE OF W8x18
AT EXIST'S FLOOR FRAMING

PROPOSED
W8x18 COL'N

(2) 3/4"⌀x8" DRILLED
IN CONC. ANCHORS
THRU 1/2"x8"x12" BASE Rs
ON 4 LEVELLING Rs ON
3/4" MORTAR ON EXIST'S
CONC.

2" RETURN

5
4"

SK-6 (JPC)

APPENDIX B 7/7

JUNE 5, 2017



robert darvas associates
consulting structural engineers
440 south main street
ann arbor, mi 48104

# VERSATUBE STAMPING PLANT
# INSPECTION OF FIRE DAMAGE REPAIRS
### 4755 ROCHESTER ROAD, TROY MI

INSPECTION BY STEPHEN M. RUDNER, P.E.
ON JUNE 02, 2017

CLIENT
JAMES PARTRIDGE CONSULTING, LLC
MR. JAMES PARTRIDGE, PRINCIPAL
925 S. ADAMS ROAD
BIRMINGHAM, MI 48009-7039



EXHIBIT
C



(29 pages)   APPENDIX C

Versatube Stamping Plant
Fire Damage Repair Inspection
by Stephen M. Rudner, P.E. on June 2, 2017

Page 1 of 24

## STRUCTURAL INSPECTION WRITTEN REPORT

June 5, 2017

Mr. James Partridge
James Partridge Consulting, LLC
925 S. Adams Road
Birmingham, Michigan 48009-7039

*Via Email:* jim@jpconsulting-llc.com

Re:   **Versatube Stamping Plant – Inspection of Repairs to Fire Damaged Structure**
       **4755 Rochester Road Troy, MI**

Dear Mr. Partridge:

On June 2, 2017, at your request, I inspected a portion of the Versatube Stamping Plant structure that had been repaired after a fire. Also present during my inspection were yourself and Dave _____ of Versatube. My inspection consisted of visual observations that could be made without demolition of existing finishes. I used a tape measure and a carpenter's level to assist in my inspection. No material testing was undertaken as a part of my inspection effort. The purpose of my inspection was to observe the repair work that had been done to the fire damaged elements of the building structure. Following are my observations, conclusions, and recommendations:

### OBSERVATIONS

A fire had taken place reportedly beginning in an electrical transformer located on a mezzanine on the south side of an interior wall of the plant. The mezzanine is no longer present. Elements of the building structure were damaged due to the fire as follows:

1. The roof beam above the wall where the fire began has sagged down approximately 3.5 inches in its 20'-0" span. This deflection was not removed prior to re-supporting the roof beam.

2. The steel channel roof joists spaced at 4'-0" c/c on the north side of the sagging beam have not only sloped down toward the sagged beam but two of them have twisted and bowed due to the sagging of the support beam.

3. Two new W8x18 steel columns were added at approximate third points of the 20'-0" span of the sagged roof beam. These columns appear to be located above a continuous trench type footing however the columns are offset from the roof beams, such that a cantilevered bracket was fabricated to support the roof beams. The two added columns straddle a former wall girt that currently acts as a beam to support the wood floor joists of the second floor north of the interior wall line where the fire was located. There were numerous field welds visible during my inspection. While some of the welds have a nice uniform appearance, many do not likely due to the difficult welding position and poor clearance for the electrode during welding. See attached photos. The welds of the added columns to their base plates and the anchorage of the column base plates to the top of the foundation could not be observed during my inspection due to the finish materials. It does not appear the base plates sit on a proper grout bed as there is a gap visible beneath the plates.

4. When standing on the second floor near the east end of the fire damaged area, the sealant between the concrete block east wall of the two-story wing shows about a ½" southward movement of the abutting steel structure of the high bay area. This gap does not appear to have been patched in the post fire repair work.

t: 734.761.8713                    www.robertdarvas.com                    June 05, 2017

Versatube Stamping Plant
Fire Damage Repair Inspection
by Stephen M. Rudner, P.E. on June 2, 2017

Page 2 of 24

5. Removal of the angle along the north side of the existing 2nd floor beam at the new column locations was not done carefully and the saw cut into the side of the tubular beam. See attached photos.

6. I reviewed a report prepared by Isaac Sheppard PE dated Feb 13, 2015 where-in he describes his assessment of the fire damage to the structure and provides some sketches showing the placement of the two added columns although the written report makes no mention of the columns but calls for replacement of the sagged steel beam. Also in the report Mr. Sheppard says there is no structural damage to the channels and beams supporting the roof on the north side of the wall however my observation is that at least two of them are significantly bowed and/or twisted. The eccentricity of the main roof beam along the wall line that are being supported by the brackets at the top of the added columns is not portrayed correctly in Mr. Sheppard's sketches and the actual eccentricity I measured is significantly more than Mr. Sheppard is showing in his sketches. See attached sketches.

CONCLUSION

The repair work that was done was defective in that the sagged roof beam was left in place. Also, the welding of the spliced columns where they are interrupted by the tubular floor beam and the welding of the bracket at the top of the column is questionable as seen in my attached photos. The deformed twin tubular roof beam parallel with the wall line and twisted channel joists of the roof structure above the second-floor area should not have been re-used.

RECOMMENDATIONS

1. Shore up the roof joists on the south side of the wall where the fire occurred and shore up the second-floor joists and the roof joists on the north side of the wall. Use adjustable shoring towers such that the joists can be jacked back into the correct position once the roof beams on the wall line are removed.

2. Remove and replace the roof beams such that they span clear between the original columns. This beam is made up of two tubular beams plus a continuous channel welded along the north side of the north tube beam. Weld the steel joists of the south high bay to the new beam. Provide wood nailers for attaching wood roof decking as required. The replacement beams should be sized based on calculations prepared by a structural engineer.

3. Remove and replace the twisted channel roof joists on the north side of the wall where the fire occurred. The new timber roof decking may not be able to be saved here and may require replacement in order to replace these damaged channels.

4. Eliminate the two added columns and repair the locations along the existing second floor beam where the saw cut into the sides of the tube. The removed section of angle ledger should be spliced back in and the saw kerfs repaired and the wood nailer supporting the second-floor joists should be spliced back together as well.

Please call me if you have any questions regarding this report.

**Robert Darvas Associates, P.C.**

Stephen M. Rudner, P.E.

Enc.

WCS20170915 _0709 0104 032 13:22

Versatube Stamping Plant
Fire Damage Repair Inspection
by Stephen M. Rudner, P.E. on June 2, 2017

Page 3 of 24

PHOTO REPORT



Photo #1 -   Looking west on south side of wall.  Area of fire was on mezzanine
attached to the wall on the right of this photo.



Photo #2 -   Looking west on south side of wall.  Area of fire was on mezzanine
attached to the wall on the right of this photo.

WCS20170915 _0709 0104 033    13 :22

Versatube Stamping Plant
Fire Damage Repair Inspection
by Stephen M. Rudner, P.E. on June 2, 2017

PHOTO REPORT - CONTINUED



Photo #3 - South side of wall. Burned siding near floor is location of column base plates at columns added after the fire.



Photo #4 - South side of wall. Burned area is location of base plate of column added after fire.

t: 734.761.8713                    www.robertdarvas.com                    June 05, 2017

WCS20170915 _0709 0104 034    13:22

Versatube Stamping Plant
Fire Damage Repair Inspection
by Stephen M. Rudner, P.E. on June 2, 2017

Page 5 of 24

PHOTO REPORT - CONTINUED



Photo #5 -    North side of wall at west added column looking south.



Photo #6 -    West of two added columns at column splice.

WCS20170915 _0709 0104 035    13 :22

Versatube Stamping Plant
Fire Damage Repair Inspection
by Stephen M. Rudner, P.E. on June 2, 2017

PHOTO REPORT – CONTINUED



Photo #7 -    East of two columns at column splice.



Photo #8 -    East added column. Close-up of saw cuts where continuous angle
              supporting wood second floor joist was cut. Note saw cut into
              existing steel beam.

WCS20170915 _0709  0104  036    13 :22

Versatube Stamping Plant
Fire Damage Repair Inspection
by Stephen M. Rudner, P.E. on June 2, 2017

PHOTO REPORT – CONTINUED



Photo #9 -    Close-up of column splice at east added column.  W8x18 column is
              interrupted at tubular steel beam supporting second floor joist on
              north side of wall.  5/8" x 6" x 24" plate added to flanges each side of
              column splice but only really welded horizontally at top and bottom
              of plate.  Side welds are quite poor.

WCS20170915 _0709 0104 037    13 :22

Versatube Stamping Plant
Fire Damage Repair Inspection
by Stephen M. Rudner, P.E. on June 2, 2017

Page **8** of **24**

PHOTO REPORT – CONTINUED



Photo #10 - Side welds between 5/8" x 6" x 24" plate are poor welds.



Photo #11 - Side welds between 5/8" x 6" x 24" plate are poor welds.

t: 734.761.8713 www.robertdarvas.com June 05, 2017

WCS20170915 _0709 0104 038 13:22

Versatube Stamping Plant
Fire Damage Repair Inspection
by Stephen M. Rudner, P.E. on June 2, 2017

PHOTO REPORT – CONTINUED



Photo #12 -   Cut of angle supporting floor joist on west side of east column.



Photo #13 -   Close-up of tubular beam at west side of east column looking SE.
Note saw kerf in wall of tubular beam.

t: 734.761.8713                         www.robertdarvas.com                         June 05, 2017

Versatube Stamping Plant
Fire Damage Repair Inspection
by Stephen M. Rudner, P.E. on June 2, 2017

Page **10** of **24**

PHOTO REPORT – CONTINUED



Photo #14 -    Weld of tubular beam to lower half of east column looking SE.



Photo #15 -    West added column. Weld of bottom of 5/8" x 6" x 24" plate to flange
of added column.

WCS20170915_0709 0104 040    13 :22

Versatube Stamping Plant
Fire Damage Repair Inspection
by Stephen M. Rudner, P.E. on June 2, 2017

PHOTO REPORT – CONTINUED



Photo #16 -   Top of west column.  Note buckled flange of beam beyond.



Photo #17 -   Looking down at column splice of west column.  Note tubular beam
              appears to be two tubes or two cold formed channels face to face.

WC S20170915 _0709  0104  041     13 :22

Versatube Stamping Plant
Fire Damage Repair Inspection
by Stephen M. Rudner, P.E. on June 2, 2017

Page 12 of 24

PHOTO REPORT – CONTINUED



Photo #18 –   Top of west column looking southwest. Column has a bracket on top
to support the roof beam as the roof beams are offset from the
column.

WC520170915 _0709 0104 042    13:22

Versatube Stamping Plant
Fire Damage Repair Inspection
by Stephen M. Rudner, P.E. on June 2, 2017

PHOTO REPORT – CONTINUED



Photo #19 – West of two added columns at approximate 1/3 points of roof beam
that sagged due to fire. Wood roof deck was replaced. However, the
steel support structure was not straightened. It has sagged
approximately 3 ½ inches in six feet.



Photo #20 – Overall view of upper wall looking ESE.

t: 734.761.8713                    www.robertdarvas.com                    June 05, 2017

WCS20170915 _0709 0104 043    13 :22