# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF MICHIGAN
# SOUTHERN DIVISION

**VERSATUBE CORPORATION**, a
Michigan corporation,

        Plaintiff,

v

**FEDERAL INSURANCE COMPANY**, an Indiana corporation,

        Defendant.

Case No. 2:18-cv-10806
Hon. Gershwin A. Drain
Magistrate Judge David R. Grand

_____/

KEITH M. NATHANSON (P41633)
**KEITH M. NATHANSON, PLLC**
Attorney for Plaintiff
2745 Pontiac Lake Road
Waterford, MI 48328
(248) 436-4833
kn@nathanson-law.com

MICHELE A. CHAPNICK (P48716)
**GREGORY AND MEYER, P.C.**
Attorneys for Defendant
340 E. Big Beaver Road, Ste. 520
Troy, MI 48083
(248) 689-3920
mchapnick@gregorylaw.com

PAUL S. MILLER (P48025)
SHAUN B. ISGRIGG (P78232)
**SCHMIDT, ISGRIGG, ANDERSON & MILLER, PLLC**
Attorneys for Plaintiff
2745 Pontiac Lake Road
Waterford, MI 48328
(248)682-8800
paul@siamattorneys.com

_____/

## STIPULATION FOR DISMISSAL WITH PREJUDICE

**IT IS HEREBY STIPULATED** by and between the parties that all claims asserted herein be dismissed with prejudice and without costs to any party.

| | |
|---|---|
| /s/ Keith M. Nathanson w/Consent | /s/ Michele A. Chapnick |
| KEITH M. NATHANSON (P41633) | MICHELE A. CHAPNICK (P48716) |
| **KEITH M. NATHANSON, PLLC** | **GREGORY AND MEYER, P.C.** |
| Attorney for Plaintiff | Attorneys for Defendant |
| 2745 Pontiac Lake Road | 340 E. Big Beaver Road, Ste. 520 |
| Waterford, MI 48328 | Troy, MI 48083 |
| (248) 436-4833 | (248) 689-3920 |
| kn@nathanson-law.com | mchapnick@gregorylaw.com |

/s/ Paul S. Miller w/Consent
PAUL S. MILLER (P48025)
SHAUN B. ISGRIGG (P78232)
**SCHMIDT, ISGRIGG, ANDERSON & MILLER, PLLC**
Attorneys for Plaintiff
2745 Pontiac Lake Road
Waterford, MI 48328
(248)682-8800
paul@siamattorneys.com

2

## UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF MICHIGAN
## SOUTHERN DIVISION

**VERSATUBE CORPORATION**, a
Michigan corporation,

        Plaintiff,

v

**FEDERAL INSURANCE
COMPANY**, an Indiana corporation,

        Defendant.

Case No. 2:18-cv-10806
Hon. Gershwin A. Drain
Magistrate Judge David R. Grand

_____/

KEITH M. NATHANSON (P41633)
**KEITH M. NATHANSON, PLLC**
Attorney for Plaintiff
2745 Pontiac Lake Road
Waterford, MI 48328
(248) 436-4833
kn@nathanson-law.com

MICHELE A. CHAPNICK (P48716)
**GREGORY AND MEYER, P.C.**
Attorneys for Defendant
340 E. Big Beaver Road, Ste. 520
Troy, MI 48083
(248) 689-3920
mchapnick@gregorylaw.com

PAUL S. MILLER (P48025)
SHAUN B. ISGRIGG (P78232)
**SCHMIDT, ISGRIGG, ANDERSON
& MILLER, PLLC**
Attorneys for Plaintiff
2745 Pontiac Lake Road
Waterford, MI 48328
(248)682-8800
paul@siamattorneys.com

_____/

## **ORDER FOR DISMISSAL**

3

Upon the filing and reading of the above stipulation signed by counsel and the Court being advised in the premises;

**IT IS HEREBY ORDERED** that Plaintiffs' Complaint is dismissed with prejudice and without costs to any party.

> **This Order resolves the last pending claim in the above case, and closes the case.**

IT IS SO ORDERED.

Dated: October 9, 2018

                                         s/Gershwin A. Drain
                                         U.S. DISTRICT COURT JUDGE